FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 1 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> vs. </br> Pimon, Matthew S. </br> Defendant. | Case No.: CR10-919 E </br></br> ORDER OF DETENTION AFTER HEARING </br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __bench warrant history; parole/prob viol history; FTA history; substance abuse history; (latest) conduct in not complying with__

1  supervision conditions, which evidences a lack of
2  amenability to supervision
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on   extensive crim history record;
8  substance abuse history

13  IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  4/13/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE